```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                         JUDGE LEWIS T. BABCOCK
```
_____

Courtroom Deputy: LaDonne Bush          Date: November 3, 2011
Court Reporter:   Kara Spitler
Probation:        Caryl Ricca

_____

Criminal Action No. 11-cr-00027-LTB-1          <u>Counsel:</u>

UNITED STATES OF AMERICA,                      Kurt Bohn

    Plaintiff,

v.

1. COREY DESHAUN MITCHELL,                     Matthew Golla

    Defendant.

_____

                       COURTROOM MINUTES - SENTENCING
_____

8:53 a.m.    Court in session.

Defendant is present and in custody.

> Defendant plead guilty to Count One of the Indictment on August 19, 2011.

**ORDERED**: Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) (Doc. 44) is granted.

**ORDERED**: Defendant's Motion for Downward Departure (Doc. 40) is denied.

Statements by Counsel and Defendant.

Court's findings.

1

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 26 months to run concurrently with the sentence imposed in the District Court of El Paso County, Criminal Action No. 05-cr-5761.

**ORDERED**: Upon release from imprisonment, Defendant shall be placed on supervised release for a term of three years.

**ORDERED**: Conditions of supervised release:

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the court.
- (X) Defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance.
- (X) Defendant shall submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITION** of supervised release:

- (X) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as Defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay a special assessment fee of $100 which is due and payable immediately.

**ORDERED:** No fine is imposed because Defendant has no ability to pay a fine.

Defendant advised of right to appeal.

Defendant is remanded to the custody of the U. S. Marshal.

9:13 a.m.     Court in recess.

Hearing concluded.
Time: 00:20